# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JUDITH FIELDER and WILLIAM FIELDER,<br><br>　　Plaintiffs,<br><br>v.<br><br>LATIUM USA TRADING LLC, d/b/a Superior Mason Products, MICHAEL TURNER, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>　　Defendants. | Civil Action No. 5:21-cv-00432 |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Consent to Share Juror Questionnaires with Jury-Research Contractor. Premises considered,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiffs may share the juror questionnaires with an outside jury-research contractor under the conditions proposed by Plaintiffs in their Motion.

**SO ORDERED** this 23rd day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　S/ Tilman E. Self, III
　　　　　　　　　　　　　　　　　　　　　Tilman E. Self, III
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge