IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JUDITH FIELDER, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>LATIUM USA TRADING, LLC, *et al.*,<br><br>    *Defendants.* | CIVIL ACTION NO.<br>5:21-cv-00432-TES |

## VERDICT FORM

**WE, THE JURY**, in the above-referenced action find as follows:

(1) Regarding Plaintiff Judith Fielder, we find the following damages:

Past Medical Expenses: $ __465,000.00__

Future Medical Expenses: $ __1.5 million__

Non-economic damages to include physical injury, suffering, inconvenience, and physical impairment in the past and into the future: $ __2.8 million__

TOTAL DAMAGES $ __4,765,000.00__

(2) Regarding Plaintiff William Fielder's Loss of Consortium claim, we find:

__✓__ For William Fielder in the amount of $ 250,000.00

OR

_____ We find for the Defendant.

(3) If you find any of the parties were negligent and thereby caused or contributed to Plaintiff's injury and damages, then it is necessary for you to determine the percentage of fault for each. If you find no fault, then you should place a "0" by that name. **Your allocation of fault must add up to 100%.**

__10__ % Plaintiff Judith Fielder

__30__ % Defendant Michael Turner

__60__ % Defendant Latium USA Trading, Inc.

(4) Do you find that Defendant Michael Turner acted in bad faith?

__✓__ YES

OR

_____ NO

(5) Do you find, by clear and convincing evidence, that the Plaintiffs are entitled to punitive damages?

__✓__ YES

OR

_____ NO

SO SAY WE ALL, this __2nd__ day of March, 2023.